UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. __2:15cr148__
　　　　　　　　　　　　　　　　　　　　Judge Michael H. Watson
**Karen Finley,**
　　　　Defendant.

CRIMINAL SENTENCING MINUTES
before
Judge Michael H. Watson

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: October 19, 2016　　Time: Commenced 2:20 Concluded 2:55 Total 35 mins.

United States Attorney: Mike Marous　Defendant Attorney: Michael Kimerer
　　　　　　　　　　　Ed Sullivan

__✓__ Dft plead to Count(s) __1__ of Indictment (Information)
____ Motion filed by USAO to dismiss Count(s) _____ of Indictment

**Procedure:**

__✓__ Sentencing
____ Deft Sworn
____ Supervised Release Violation hearing held.
__✓__ PSI reviewed by the parties.
__✓__ No Objections ____ Objections ___ Plaintiff ___ Defendant
__✓__ Considered for sentencing (___ letter(s) from _____; ___ sentencing memo from _____;
　　___ other _____
____ Motion filed by USA for downward departure. ____ Side bar held. ____ Court ordered in open Court
__✓__ Informed of Defendant's Right to Appeal
____ Clerk to Prepare Appeal Notice

**Sentencing:**
__✓__ Defendant sentenced.　　　　　　　____ Fine $_____ (interest waived)
____ Probation ____ Years　　　　　　　__✓__ Special Assessment $ 100.00
__✓__ Custody 14 Months (remanded/vol sur.) ____ Restitution $_____
to run concurrent w/case in Northern District of Illinois
　　　　　　　　　　　　　　　　　　　　____ Forfeiture (see J&C)
__✓__ Supervised Release _1_ ___ Years ( Mo.)　____ See J&C for Special Instructions re: payment
__✓__ Standard/Special Conditions of Sup'd Rel/Probation　____ Denial of Benefits (see J&C)

| __✓__ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | ___ No access to computer online service | ___ Turn over financial info to USPO |
|---|---|---|---|
| ___ No new lines of credit | ___ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service (___ months) | ___ No alcohol | ___ Mental Health Treatment | ___ drug testing and treatment |
| ___ IFRP | ___ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | __✓__ Court to recommend facility near Phoenix, AZ |